UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 21-cr-2439-JLS |
| Plaintiff, | |
| vs. | **ORDER CONTINUING MOTION HEARING** |
| BRANDON ESTRELLA-NAVARRO | |
| Defendant | |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED**, that the Motion Hearing/Trial Setting scheduled for April 29, 2022 is continued to June 3, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  April 26, 2022

Hon. Janis L. Sammartino
United States District Judge